# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| INGRAM BARGE COMPANY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-01030 |
| ) | Judge Trauger |
| BUNGE NORTH AMERICAN, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is hereby ORDERED that, given the anticipated interlocutory appeal of this court's ruling made on April 17, 2020 (Docket No. 26), no deadlines will be set at this time. All parties are in agreement that the case should be stayed, if an interlocutory appeal is taken.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge